UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re *Ex Parte* Application of Daniel Lavecky and Sunil Sharma for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Documents for Use in Foreign Proceedings. | Case No. 17-mc-188 |

### EX PARTE APPLICATION OF DANIEL LAVECKY AND SUNIL SHARMA FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DOCUMENTS FOR USE IN FOREIGN PROCEEDINGS

Based on (a) the accompanying Memorandum of Law, (b) the Declaration of Hung G. Ta, dated June 6, 2017 ("Ta Declaration") and all exhibits appended thereto, and (c) the Declaration of Jonathan Milner, dated June 6, 2017 and all exhibits appended thereto, Petitioners Daniel Lavecky and Sunil Sharma respectfully apply to this Court for an order pursuant to 28 U.S.C. § 1782, and Federal Rules of Civil Procedure 26 and 45, granting them leave to serve Atos SE with a subpoena in substantially the same form as Exhibit B to the Ta Declaration, for the production of documents for use in Australian court proceedings.

Petitioners have not made a previous application for the relief requested herein.

1

Dated: June 6, 2017
       New York, New York

                         Respectfully submitted,

                         HUNG G. TA ESQ. PLLC

                         By: _____
                              Hung G. Ta, Esq.
                              JooYun Kim, Esq.
                              Natalia D. Williams, Esq.
                              250 Park Avenue, 7th Floor
                              New York, New York 10177
                              Tel:   (646) 453-7288
                              Fax:  (646) 453-7289
                              Email: hta@hgtlaw.com
                                          jooyun@hgtlaw.com
                                          natalia@hgtlaw.com
                              *Attorneys for Petitioners Daniel Lavecky and Sunil Sharma*