# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
Southern District of New York

Index Number: 17-MC-188                                                                 Date Filed: 6/6/2017

IN RE:
**APPLICATION OF DANIEL LAVECKY & SUNIL SHRMA**

For:
HUNG G. TA, ESQ
HGT LAW
250 PARK AVENUE
7TH FLOOR
NEW YORK, NY 10177

Received by Direct Process Server LLC on the 8th day of June, 2017 at 3:16 pm to be served on **ATOS SE, 2500 WESTCHESTER AVENUE, SUITE 300, PURCHASE, NY 10577**.

I, Linda Benedetto, do hereby affirm that on the **9th day of June, 2017** at **1:38 am, I:**

served a CORPORATION by delivering a true copy of the **Subpoena, Court Order, filed June 8, 2017, Ex Parte Application under 28 USC 1782, Memorandum of Law, Declaration of Jonathan Milner and Exhibits**, to: **Lynne Auerbacher as Managing Agent** for ATOS SE, at the address of: **2500 WESTCHESTER AVENUE, SUITE 300, PURCHASE, NY 10577**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 35+, Sex: f, Race/Skin Color: white, Height: 5'5+, Weight: 130, Hair: brown, Glasses: y

I certify that I am over the age of 18, have no interest in the above action. Under penalties of perjury, I declare pursuant to 28 USC 1746 that I have read the foregoing document and the facts stated are true and correct.

Executed on: ___June 12 2017___
                             Date

Linda Benedetto

**Direct Process Server LLC**
**22 Southern Blvd**
**Suite 103**
**Nesconset, NY 11767**
**(631) 406-6989**

Our Job Serial Number: DPR-2017001415

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1i

